UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. EVANGELISTA, ) ) Plaintiff ) ) v. ) ) SHANE MARCOTTE, et al., ) ) Defendants ) ) | CIVIL ACTION NO. 05-cv-10311 (MLW) |

**NOTICE OF APPEARANCE**

I hereby file my appearance on behalf of the plaintiff in the above-captioned matter.

Attorney John T. Landry will continue to represent the plaintiff.

                                                                                                                  */s/ William T. Harrington*
                                                                                     William T. Harrington (BBO No 564445)
                                                                                     Glynn, Landry, Harrington, & Rice, LLP
                                                                                     10 Forbes Road, Suite 270
                                                                                      Braintree, MA 02184
                                                                                      (781) 356-1749

Dated: July 22, 2005

**CERTIFICATE OF SERVICE**

    I, William T. Harrington, hereby certify that, on July 22, 2005, I served a copy of this document upon counsel of record for all defendants by first class mail and e-mail to:

        Donald V. Rider, Jr., Assistant City Solicitor
        Worcester City Hall, Room 301
        455 Main Street
        Worcester, MA 01608

                                                                                                                */s/ William T. Harrington*