UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. EVANGELISTA,<br>    Plaintiff<br><br>v.<br><br>SHANE MARCOTTE,<br>JASON FANION,<br>DANIEL FALLON, III,<br>JONATHAN COTTER,<br>JAMES JOHNSON,<br>CARL SUPERNOR, and<br>THE CITY OF WORCESTER,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   05-CV-10311-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF PLAINTIFF UNDER LOCAL RULE 16.1(D)**

We, the undersigned, Charles A. Evangelista, Attorney John T. Landry, III, and Attorney William T. Harrington, hereby certify in accordance with Local Rule 16.1(D) that we have conferred for the purpose of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

_____  8/31/05
Charles A. Evangelista
Plaintiff

_____  9/2/05
John T. Landry, III (BBO No. 544388)
William T. Harrington (BBO No. 564445)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA  02184-2605
(781) 356-1399