```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                              No. 05CV10311-MLW
                                )
CHARLES A. EVANGELISTA,         )
            Plaintiff           )
                                )
v.                              )
                                )   NOTICE OF APPEARANCE
SHANE MARCOTTE, JASON FANION,   )
DANIEL FALLON, III, JONATHAN    )
COTTER, JAMES JOHNSON, CARL     )
SUPERNOR and CITY OF WORCESTER  )
            Defendants          )
                                )
```

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please enter my appearance for the Defendants.

                    SHANE MARCOTTE, JASON FANION,
                    DANIEL FALLON, III, JONATHAN
                    COTTER, JAMES JOHNSON, CARL
                    SUPERNOR, and CITY OF WORCESTER

                    By their attorneys,

                    David M. Moore
                    City Solicitor


                     /s/ Donald V. Rider, Jr.
                    Donald V. Rider, Jr. (BBO#549777)
                    Assistant City Solicitor
                    City Hall, Room 301
                    455 Main Street
                    Worcester, MA  01608
                    (508) 799-1161

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Notice of Appearance, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA  02184-2605 this 7th day of September, 2005.


                                    /s/ Donald V. Rider, Jr._____
                                    Donald V. Rider, Jr.
                                    Assistant City Solicitor