UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES A. EVANGELISTA, | ) | No. 05CV10311-MLW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATION OF DEFENDANT |
| SHANE MARCOTTE, JASON FANION, | ) | SHANE MARCOTTE |
| DANIEL FALLON, III, JONATHAN | ) | |
| COTTER, JAMES JOHNSON, CARL | ) | |
| SUPERNOR and CITY OF WORCESTER | ) | |
| Defendants | ) | |

Pursuant to LR 16.1(D)(3), Defendant Shane Marcotte hereby certifies that he and his counsel have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

SHANE MARCOTTE


 /s/ Shane Marcotte
Shane Marcotte

          SHANE MARCOTTE, JASON FANION,
          DANIEL FALLON, III, JONATHAN
          COTTER, JAMES JOHNSON, CARL
          SUPERNOR, and CITY OF WORCESTER

          By their attorneys,

          David M. Moore
          City Solicitor


           /s/ Donald V. Rider, Jr.
          Donald V. Rider, Jr. (BBO#549777)
          Assistant City Solicitor
          City Hall, Room 301
          455 Main Street
          Worcester, MA  01608
          (508) 799-1161


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant Shane Marcotte, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.


           /s/ Donald V. Rider, Jr.
          Donald V. Rider, Jr.
          Assistant City Solicitor