```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                                            No. 05CV10311-MLW
                                )
CHARLES A. EVANGELISTA,         )
         Plaintiff              )
                                )
v.                              )
                                )    CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION,   )    JASON FANION
DANIEL FALLON, III, JONATHAN    )
COTTER, JAMES JOHNSON, CARL     )
SUPERNOR and CITY OF WORCESTER  )
         Defendants             )
                                )
```

Pursuant to LR 16.1(D)(3), Defendant Jason Fanion hereby certifies that he and his counsel have conferred:

    a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JASON FANION


 /s/ Jason Fanion
Jason Fanion

        SHANE MARCOTTE, JASON FANION,
        DANIEL FALLON, III, JONATHAN
        COTTER, JAMES JOHNSON, CARL
        SUPERNOR, and CITY OF WORCESTER

        By their attorneys,

        David M. Moore
        City Solicitor


        /s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr. (BBO#549777)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA  01608
        (508) 799-1161


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant Jason Fanion, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.

        /s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr.
        Assistant City Solicitor