UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05CV10311-MLW

```
                                )
CHARLES A. EVANGELISTA,         )
        Plaintiff               )
                                )
v.                              )
                                )      CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION,   )      DANIEL FALLON, III
DANIEL FALLON, III, JONATHAN    )
COTTER, JAMES JOHNSON, CARL     )
SUPERNOR and CITY OF WORCESTER  )
        Defendants              )
                                )
```

Pursuant to LR 16.1(D)(3), Defendant Daniel Fallon, III hereby certifies that he and his counsel have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DANIEL FALLON, III


 /s/ Daniel Fallon, III
Daniel Fallon, III

                SHANE MARCOTTE, JASON FANION,
                DANIEL FALLON, III, JONATHAN
                COTTER, JAMES JOHNSON, CARL
                SUPERNOR, and CITY OF WORCESTER

                By their attorneys,

                David M. Moore
                City Solicitor


                 /s/ Donald V. Rider, Jr.
                Donald V. Rider, Jr. (BBO#549777)
                Assistant City Solicitor
                City Hall, Room 301
                455 Main Street
                Worcester, MA  01608
                (508) 799-1161


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant Daniel Fallon, III, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.


                 /s/ Donald V. Rider, Jr.
                Donald V. Rider, Jr.
                Assistant City Solicitor