```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                                              No. 05CV10311-MLW
                                 )
CHARLES A. EVANGELISTA,          )
          Plaintiff              )
                                 )
v.                               )
                                 )    CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION,    )    JONATHAN COTTER
DANIEL FALLON, III, JONATHAN     )
COTTER, JAMES JOHNSON, CARL      )
SUPERNOR and CITY OF WORCESTER)
          Defendants             )
                                 )
```

Pursuant to LR 16.1(D)(3), Defendant Jonathan Cotter hereby certifies that he and his counsel have conferred:

a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JONATHAN COTTER


 /s/ Jonathan Cotter
Jonathan Cotter

                SHANE MARCOTTE, JASON FANION,
                DANIEL FALLON, III, JONATHAN
                COTTER, JAMES JOHNSON, CARL
                SUPERNOR, and CITY OF WORCESTER

                By their attorneys,

                David M. Moore
                City Solicitor


                /s/ Donald V. Rider, Jr.
                Donald V. Rider, Jr. (BBO#549777)
                Assistant City Solicitor
                City Hall, Room 301
                455 Main Street
                Worcester, MA  01608
                (508) 799-1161


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant Jonathan Cotter, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.


                /s/ Donald V. Rider, Jr.
                Donald V. Rider, Jr.
                Assistant City Solicitor