UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          No. 05CV10311-MLW
                              )
CHARLES A. EVANGELISTA,       )
         Plaintiff            )
                              )
v.                            )
                              )    CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION, )    CARL SUPERNOR
DANIEL FALLON, III, JONATHAN  )
COTTER, JAMES JOHNSON, CARL   )
SUPERNOR and CITY OF WORCESTER)
         Defendants           )
                              )
```

Pursuant to LR 16.1(D)(3), Defendant Carl Supernor hereby certifies that he and his counsel have conferred:

    a.   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    b.   to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

CARL SUPERNOR

/s/ Carl Supernor
Carl Supernor

          SHANE MARCOTTE, JASON FANION,
          DANIEL FALLON, III, JONATHAN
          COTTER, JAMES JOHNSON, CARL
          SUPERNOR, and CITY OF WORCESTER

          By their attorneys,

          David M. Moore
          City Solicitor

          /s/ Donald V. Rider, Jr.
          Donald V. Rider, Jr. (BBO#549777)
          Assistant City Solicitor
          City Hall, Room 301
          455 Main Street
          Worcester, MA  01608
          (508) 799-1161

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant Carl Supernor, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.

          /s/ Donald V. Rider, Jr.
          Donald V. Rider, Jr.
          Assistant City Solicitor