UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          No. 05CV10311-MLW
                                )
CHARLES A. EVANGELISTA,         )
         Plaintiff              )
                                )
v.                              )
                                )   CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION,   )   CITY OF WORCESTER
DANIEL FALLON, III, JONATHAN    )
COTTER, JAMES JOHNSON, CARL     )
SUPERNOR and CITY OF WORCESTER  )
         Defendants             )
                                )
```

Pursuant to LR 16.1(D)(3), Defendant City of Worcester hereby certifies that it and its counsel have conferred:

a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

CITY OF WORCESTER

/s/ Michael V. O'Brien
Michael V. O'Brien
City Manager
City of Worcester

        SHANE MARCOTTE, JASON FANION,
        DANIEL FALLON, III, JONATHAN
        COTTER, JAMES JOHNSON, CARL
        SUPERNOR, and CITY OF WORCESTER

        By their attorneys,

        David M. Moore
        City Solicitor


        /s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr. (BBO#549777)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA  01608
        (508) 799-1161


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant City of Worcester, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 7th day of September, 2005.

        /s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr.
        Assistant City Solicitor