September 7, 2005

U.S. District Court
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Charles A. Evangelista v. Shane Marcotte, Jason Fanion, Daniel Fallon, III, Jonathan Cotter, James Johnson, Carl Supernor and City of Worcester
No. 05CV10311-MLW

Dear Sir/Madam:

Enclosed in connection with the above-referenced case, please find a <u>courtesy copy</u> of the following documents that have been electronically filed this date:

1. Notice of Appearance;
2. Certification of Defendant Shane Marcotte;
3. Certification of Defendant Jason Fanion;
4. Certification of Defendant Daniel Fallon, III;
5. Certification of Defendant Jonathan Cotter;
6. Certification of Defendant Carl Supernor; and
7. Certification of Defendant City of Worcester.

I am informed that Defendant James Johnson is a member of the Armed Forces and is currently assisting with the relief efforts arising from Hurricane Katrina. His Certification will be submitted once he becomes available.

Thank you for your attention to this matter.

Very truly yours,

/s/ Donald V. Rider, Jr.

Donald V. Rider, Jr.
Assistant City Solicitor

Enclosures
cc: William T. Harrington, Esquire