```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                          No. 05CV10311-MLW
                              )
CHARLES A. EVANGELISTA,       )
         Plaintiff            )
                              )
v.                            )
                              )   CERTIFICATION OF DEFENDANT
SHANE MARCOTTE, JASON FANION, )   JAMES JOHNSON
DANIEL FALLON, III, JONATHAN  )
COTTER, JAMES JOHNSON, CARL   )
SUPERNOR and CITY OF WORCESTER)
         Defendants           )
                              )
```

Pursuant to LR 16.1(D)(3), Defendant James Johnson hereby certifies that he and his counsel have conferred:

   a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

   b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JAMES JOHNSON


_/s/James Johnson
James Johnson

        SHANE MARCOTTE, JASON FANION,
        DANIEL FALLON, III, JONATHAN
        COTTER, JAMES JOHNSON, CARL
        SUPERNOR, and CITY OF WORCESTER

        By their attorneys,

        David M. Moore
        City Solicitor


        _/s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr. (BBO#549777)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA  01608
        (508) 799-1161


**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served upon Plaintiff the within Certification of Defendant James Johnson, by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, 10 Forbes Road, Braintree, MA 02184-2605 this 30th day of September, 2005.


        _/s/ Donald V. Rider, Jr.
        Donald V. Rider, Jr.
        Assistant City Solicitor