UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05CV10311-MLW

```
                                )
CHARLES A. EVANGELISTA,         )
            Plaintiff           )
                                )
v.                              )
                                )
SHANE MARCOTTE, JASON FANION,   )
DANIEL FALLON, III, JONATHAN    )
COTTER, JAMES JOHNSON, CARL     )
SUPERNOR and CITY OF WORCESTER) )
            Defendants          )
                                )
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my withdrawal of appearance in the above-captioned case as attorney for Defendants.  This withdrawal is accompanied by a notice of appearance of successor counsel.

SHANE MARCOTTE, JASON FANION,
DANIEL FALLON, III, JONATHAN
COTTER, JAMES JOHNSON, CARL
SUPERNOR, and CITY OF WORCESTER

By their attorneys,

David M. Moore
City Solicitor

 /s/ Donald V. Rider, Jr.
Donald V. Rider, Jr. (BBO#549777)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161

### CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that I have served upon Plaintiff the within Notice of Withdrawal of Appearance, by electronically filing with the Court and by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Suite 270, Braintree, MA  02184-2605, this 27th day of February, 2006.


/s/ Wendy L. Quinn      _
Wendy L. Quinn
Assistant City Solicitor