UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES A. EVANGELISTA,<br>　　　　Plaintiff<br><br>v.<br><br>SHANE MARCOTTE, JASON FANION,<br>DANIEL FALLON, III, JONATHAN<br>COTTER, JAMES JOHNSON, CARL<br>SUPERNOR and CITY OF WORCESTER<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05CV10311-MLW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please enter my appearance in the above-captioned case as attorney for Defendants.

　　　　　　　　　　　　　　　SHANE MARCOTTE, JASON FANION,
　　　　　　　　　　　　　　　DANIEL FALLON, III, JONATHAN
　　　　　　　　　　　　　　　COTTER, JAMES JOHNSON, CARL
　　　　　　　　　　　　　　　SUPERNOR, and CITY OF WORCESTER

　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　David M. Moore
　　　　　　　　　　　　　　　City Solicitor

　　　　　　　　　　　　　　　/s/ Wendy L. Quinn_____
　　　　　　　　　　　　　　　Wendy L. Quinn (BBO#653954)
　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　City Hall, Room 301
　　　　　　　　　　　　　　　455 Main Street
　　　　　　　　　　　　　　　Worcester, MA  01608
　　　　　　　　　　　　　　　(508) 799-1161

## **CERTIFICATE OF SERVICE**

    I, Wendy L. Quinn, hereby certify that I have served upon Plaintiff the within Notice of Appearance, by electronically filing with the Court and by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Suite 270, Braintree, MA  02184-2605, this 27th day of February, 2006.

                                  /s/ Wendy L. Quinn\_
                                  Wendy L. Quinn
                                  Assistant City Solicitor