UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES A. EVANGELISTA, | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | C.A. No. 05CV10311-MLW |
|  | ) | |
| SHANE MARCOTTE, JASON FANION, DANIEL FALLON, III, JONATHAN COTTER, JAMES JOHNSON, CARL SUPERNOR and CITY OF WORCESTER | ) | |
| Defendants | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please enter my appearance in the above-captioned case as attorney for Defendants.

>SHANE MARCOTTE, JASON FANION,
>DANIEL FALLON, III, JONATHAN
>COTTER, JAMES JOHNSON, CARL
>SUPERNOR, and CITY OF WORCESTER
>
>By their attorneys,
>
>David M. Moore
>City Solicitor
>
>/s/ Janet J. McGuiggan
>Janet J. McGuiggan (BBO#630013)
>Assistant City Solicitor
>City Hall, Room 301
>455 Main Street
>Worcester, MA  01608
>(508) 799-1161

**CERTIFICATE OF SERVICE**

    I, Janet J. McGuiggan, hereby certify that I have served upon Plaintiff the within Notice of Appearance, by electronically filing with the Court and by mailing a copy of the same, first class mail, postage prepaid, to William T. Harrington, Esquire, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Suite 270, Braintree, MA  02184-2605, this 27th day of February, 2006.


                                      /s/ Janet J. McGuiggan
                                      Janet J. McGuiggan
                                      Assistant City Solicitor