UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| CHARLES A. EVANGELISTA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHANE MARCOTTE, | ) | |
| JASON FANION, | ) | CIVIL ACTION NO. 05-CV-10311-MLW |
| DANIEL FALLON, III, | ) | |
| JONATHAN COTTER, | ) | |
| JAMES JOHNSON, | ) | |
| CARL SUPERNOR, and | ) | |
| THE CITY OF WORCESTER, | ) | |
| Defendants | ) | |

**JOINT STATUS REPORT**

Plaintiff Charles A. Evangelista and Defendants Shane Marcotte, Jason Fanion, Daniel Fallon, III, Jonathan Cotter, James Johnson, Carl Supernor and the City of Worcester hereby submit the following status report in the above-captioned case, pursuant to this Court's May 4, 2006 order.

The Parties do not wish to participate in court-sponsored mediation at this time, but plan to revisit the issue of mediation at the end of discovery.

|  |  |
|---|---|
| The Plaintiff, | Respectfully Submitted,<br>The Defendants, |
| CHARLES A. EVANGELISTA | SHANE MARCOTTE, JASON FANION, DANIEL FALLON, III, JONATHAN COTTER, JAMES JOHNSON, CARL SUPERNOR and the CITY OF WORCESTER |
| By his attorneys: | By their attorneys:<br>David M. Moore<br>City Solicitor |
| /s/ William T. Harrington<br>John T. Landry, III (BBO No. 544388)<br>William T. Harrington (BBO No. 564445)<br>Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Road, Suite 270<br>Braintree, MA 02184<br>(781) 356-1399 | /s/ Wendy Quinn<br>Janet J. McGuiggan (BBO No. 630013)<br>Wendy L. Quinn (BBO No. 653954)<br>Assistant City Solicitors<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608 |

Dated: June 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to any individual indicated as non registered participants on June 22, 2006 by first class mail.

/s/ William T. Harrington
William T. Harrington