UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. EVANGELISTA,<br>      Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SHANE MARCOTTE,<br>JASON FANION,<br>DANIEL FALLON, III,<br>JONATHAN COTTER,<br>JAMES JOHNSON,<br>CARL SUPERNOR, and<br>THE CITY OF WORCESTER,<br>      Defendants | )<br>)   CIVIL ACTION NO. 05-CV-10311-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Scheduling Order issued by the Court on September 14, 2005, the parties hereby submit the following report as to the prospects of settlement and whether either party believes that there is a proper basis to file for summary judgment.

1. Currently, the parties are in the process of scheduling a mediation before Magistrate Judge Hillman, following this Court's Order of Reference to Mediation on August 18. The parties expect that the mediation will occur sometime in October.

2. The Plaintiff does not plan on filing for summary judgment. The defendants are considering filing a motion for summary judgment with regard to the negligence claims and reserve their right to file as to other claims.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| The Plaintiff, | The Defendants, |
| CHARLES A. EVANGELISTA | SHANE MARCOTTE, JASON FANION, DANIEL FALLON, III, JONATHAN COTTER, JAMES JOHNSON, CARL SUPERNOR and the CITY OF WORCESTER |
| By his attorneys: | By their attorneys:<br>David M. Moore<br>City Solicitor |
| /s/ William T. Harrington<br>John T. Landry, III (BBO No. 544388)<br>William T. Harrington (BBO No. 564445)<br>Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Road, Suite 270<br>Braintree, MA 02184<br>(781) 356-1399 | /s/ Wendy Quinn<br>Janet J. McGuiggan (BBO No. 630013)<br>Wendy L. Quinn (BBO No. 653954)<br>Assistant City Solicitors<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608 |

Dated:  September 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to any individual indicated as non registered participants on June 22, 2006 by first class mail.

/s/ William T. Harrington
William T. Harrington