# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHARLES A. EVANGELISTA,

     Plaintiff,                                          CIVIL ACTION
v.                                                    NO.  05-10311-MLW

SHANE MARCOTTE, et. al.,

     Defendant,

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO: CHIEF JUDGE WOLF

HILLMAN, M.J.

On __October 2, 2006__ I held the following ADR proceeding in the above captioned case.

____ EARLY NEUTRAL EVALUATION     _X_ MEDIATION
____ MINI-TRIAL                              ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

(X)     Settled.  Your clerk should enter a __60__ day order of dismissal.
( )     There was progress.  A further conference has been scheduled for _____.
          unless the case is reported settled prior to that date.
( )     Further efforts to settle this case at this time are, in my judgment, unlikely to be
          productive.  This case should be restored to your trial list.


Ocotober 3,  2006                                           /s/ Timothy S. Hillman
Date                                                         TIMOTHY S. HILLMAN, M.J.