UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES EVANGELISTA,<br>   Plaintiff(s)<br><br>v.<br><br>SHANE MARCOTTE et al,<br>   Defendant(s) | )<br>)<br>)<br>)  C.A. No.  05-10311-MLW<br>)<br>)<br>) |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

  The Court having been advised on October 3, 2006 by Magistrate Judge Hillman that the above-captioned action settled:

  It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

  If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                By the Court:
                Sarah A. Thornton, Clerk


October 3, 2006           /s/Dennis O'Leary
Date               Deputy Clerk