UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES A. EVANGELISTA,<br>            Plaintiff<br><br>v.<br><br>SHANE MARCOTTE, JASON FANION,<br>DANIEL FALLON, III, JONATHAN<br>COTTER, JAMES JOHNSON, CARL<br>SUPERNOR and CITY OF WORCESTER,<br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05CV10311-MLW |

## STIPULATION OF DISMISSAL (WITH PREJUDICE)

The parties to the above-captioned matter hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this case is dismissed, with prejudice, with all rights of appeal waived and each party to bear its own costs, including attorney's fees.

CHARLES A. EVANGELISTA
By his attorneys,

/s/ John T. Landry, III
John T. Landry, III, Esq.
(BBO#544388)
William T. Harrington, Esq.
(BBO#564445)
Glynn, Landry, Harrington & Rice
10 Forbes Road
Braintree, MA  02184-2605
(781) 356-1399

SHANE MARCOTTE, JASON FANION,
DANIEL FALLON, III, JONATHAN
COTTER, JAMES JOHNSON, CARL
SUPERNOR and
CITY OF WORCESTER
By their attorneys,
David M. Moore
City Solicitor

/s/ Wendy L. Quinn
Wendy L. Quinn
(BBO#653954)
Janet J. McGuiggan
(BBO#630013)
Assistant City Solicitors
455 Main Street, Room 301
Worcester, MA  01608
(508) 799-1161

**CERTIFICATE OF SERVICE**

    I, Wendy L. Quinn, hereby certify that I have served upon Plaintiff the within Stipulation of Dismissal (With Prejudice), by electronically filing with the Court and by mailing a copy of the same, first class mail, postage prepaid, to John T. Landry, Esquire, Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Suite 270, Braintree, MA  02184-2605, this 9th day of November, 2006.

                                                         */s/ Wendy L. Quinn*
                                                         Wendy L. Quinn
                                                         Assistant City Solicitor